UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEONA TUMINELLO                                    CIVIL ACTION

VERSUS                                             NO. 11-602

PETCO ANIMAL SUPPLIES STORES, INC.                 SECTION: L

J U D G M E N T

Considering the Court's Order & Reasons entered herein on September 29, 2011, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Petco Animal Supplies Stores, Inc., and against plaintiff, Leona Tuminello, dismissing said plaintiff's claims with prejudice and costs.

New Orleans, Louisiana, this 30th day of September, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE